IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                Case No. 06-10072-JTM

ANTHONY MICHAEL ROMERO,

    Defendant.

MEMORANDUM AND ORDER

This matter is before the Court on the Motion for Return of Property (Dkt. No. 119) submitted by defendant Anthony Michael Romero. Romero seeks the return of various items of personal property (including a Luis Vuitton wallet and Gucci sunglasses) as well as "$3,200.00 (est.) in U.S. currency." (*Id*. at 2).

The government has informed the court that the items of personal property are being held by the Garden City office of the Kansas Highway Patrol, and will be released upon an Order of this Court, but that the currency ($2957) has been previously forfeited to the State of Kansas. The government has further indicated that it has no objection to the return of Romero's personal property.

Accordingly, the Court hereby orders and directs that the United States and the State of Kansas, and their officers and agents, return to Romero or his designated representative any personal property obtained from him at the time of his March 3, 2006 arrest. Romero's motion is denied as to the currency. As the currency was not forfeited to the United States but to the State of Kansas, the court cannot grant the relief sought.

IT IS SO ORDERED this 15th day of July, 2009.

                                            s/ J. Thomas Marten
                                            J. THOMAS MARTEN, JUDGE