IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                          Case No. 06-10072-01-JTM

ANTHONY MICHAEL ROMERO,

    Defendant.

MEMORANDUM AND ORDER

This matter comes before the court on defendant Anthony Romero's motion for sanctions and an order to show cause based upon his request for the return of property (Dkt. #123). The United States Attorney advises the court that the property has, in fact, been returned, and the court therefore DISMISSES the motion as moot.

IT IS SO ORDERED this 31st day of August, 2010.

                                                       s/ J. Thomas Marten_____
                                                       J. THOMAS MARTEN, JUDGE